UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
MAY 04 2010

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL WYATT,<br><br>　　　　　Defendant. | CR. 10-40046<br><br>INDICTMENT<br><br>EMBEZZLEMENT AND THEFT OF LABOR UNION ASSETS<br><br>29 U.S.C. § 501(c) |

The Grand Jury Charges:

From on or about the 1st day of January, 2008, through on or about the 31st day of August, 2009, in the District of South Dakota, Paul Wyatt, while holding the positions of president and business manager of the Stage and Picture Operators (IATSE) Local 220, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $35,022.95, all in violation of 29 U.S.C. § 501(c).

A TRUE BILL:

_____
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By:_____